# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-0339V
UNPUBLISHED

| | |
|---|---|
| KACI RICHARDSON,<br><br>                    Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                    Respondent. | Chief Special Master Corcoran<br><br>Filed: November 18, 2021<br><br>Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Leigh Finfer*, Muller Brazil, LLP, Dresher, PA, for Petitioner.

*Sarah Christina Duncan*, U.S. Department of Justice, Washington, DC, for Respondent.

### DECISION AWARDING DAMAGES[1]

On March 25, 2020, Kaci Richardson filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a "left shoulder injury resulting from the adverse effects of an influenza vaccination" she received on October 22, 2018. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 19, 2021, a ruling on entitlement was issued, finding Petitioner entitled to compensation for a left SIRVA. On November 18, 2021, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $85,280.00, consisting of compensation in the amount of (1) $85,000.00 for pain and suffering, and (2) $280.00 for past unreimbursable expenses. Proffer at 2.

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

In the Proffer, Respondent also represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $85,280.00 in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                    **s/Brian H. Corcoran**
                    Brian H. Corcoran
                    Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| KACI RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 20-339V |
| v. ) | Chief Special Master Corcoran |
| ) | ECF |
| SECRETARY OF HEALTH AND HUMAN ) | |
| SERVICES, ) | |
| ) | |
| Respondent. ) | |

### RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On March 25, 2020, Kaci Richardson ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that she suffered from "a left shoulder injury resulting from the adverse effects of an influenza vaccination" she received on October 22, 2018. Petition at 1. On July 12, 2021, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report recommending that compensation be awarded for a shoulder injury related to vaccine administration ("SIRVA"), and the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation on July 19, 2021. ECF No. 21; ECF No. 22.

**I.      Items of Compensation**

      A.      Pain and Suffering

Respondent proffers that petitioner should be awarded $85,000.00 in actual pain and suffering. Petitioner agrees.

      B.      Past Unreimbursable Expenses

Evidence supplied by petitioner documents Kaci Richardson's expenditure of past unreimbursable expenses related to her vaccine-related injury. Respondent now proffers that,

based on the Chief Special Master's entitlement decision and the evidence of record, petitioner should be awarded past unreimbursable expenses in the amount of $280.00, as provided under the Vaccine Act, 42 U.S.C. § 300aa-15(a)(1)(B).  Petitioner agrees.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

## II.     Form of the Award

Petitioner is a competent adult.  Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[1]:  a lump sum payment of $85,280.00, representing compensation for pain and suffering ($85,000.00), and past unreimbursable expenses ($280.00), in the form of a check payable to petitioner, Kaci Richardson.

## III.    Summary of Recommended Payments Following Judgment

Lump sum payable to petitioner, Kaci Richardson:                              **$ 85,280.00**

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future lost earnings and future pain and suffering.

                                                            LARA A. ENGLUND
                                                            Assistant Director
                                                            Torts Branch, Civil Division

                                                            <u>s/ Sarah C. Duncan</u>
                                                           SARAH C. DUNCAN
                                                            Trial Attorney
                                                            Torts Branch, Civil Division
                                                            U.S. Department of Justice
                                                            P.O. Box 146
                                                            Benjamin Franklin Station
                                                            Washington, D.C. 20044-0146
                                                            Tel:  (202) 514-9729
                                                            Email:  sarah.c.duncan@usdoj.gov

DATED:  November 18, 2021